**PEASE LAW, APC**
Bryan W. Pease, Esq. (SBN 239139)
3960 W. Point Loma Blvd., Ste. H-2562
San Diego, CA 92110
Tel: (619) 723-0369
Email: bryan@peaselaw.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SERNOFFSKY, LAUREN GAW, and DANIELLE RICHARDSON,<br><br>  Plaintiffs,<br><br>  v.<br><br>SAN DIEGO POLICE CAPTAIN MATT NOVAK, SAN DIEGO POLICE LIEUTENANT RICK AGUILAR, SAN DIEGO POLICE LIEUTENANT SCOTT, and DOES 1-15;<br><br>  Defendants. | Case No. 3:23-cv-00039-MMA-WVG<br><br>**NOTICE OF LODGMENT**<br><br>Date: November 20, 2023<br>Time: 2:30 p.m.<br>Judge: Hon. Michael M. Anello<br>Courtroom: 3C |

1
**NOTICE OF LODGMENT**

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiffs are hereby lodging under seal, with permission of the Court, the following documents produced by Defendants, as discussed in Plaintiffs' Rule 72 objection filed on October 13, 2023 (ECF No. 35):

COSD000371-373

COSD000376

COSD00380 [highlighting added]

COSD00407-413

COSD00415-420 [highlighting added]

COSD000441 [highlighting added]

COSD000444-445 [highlighting added]

COSD000459-462 [highlighting added]

COSD000475-487 [highlighting <u>in original</u>]

Dated: October 16, 2023    By    s/ Bryan Pease
                                  Bryan Pease, Esq.
                                  Attorney for Plaintiffs